UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IMAGE PROFESSIONALS
GMBH dba STOCKFOOD

                    Plaintiff,                    Civil Action No.

v.                                                    3:25-CV-01814 (JKM)

MARTZ TRAVEL, INC.
dba MARTZ BUS

                    Defendant.

## ANSWER AND AFFIRMATIVE DEFENSES

AND NOW, the Defendant, Martz Travel, Inc., by and through its counsel, Hourigan, Kluger & Quinn, P. C. hereby pleads as follows:

1. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

2. Admitted.

3. Denied. The allegations in this paragraph are conclusions of law to which no response is required.

4. Denied. The allegations in this paragraph are conclusions of law to which no response is required.

5. Denied. The allegations in this paragraph are conclusions of law to which no response is required.

6. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

7. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

8. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

9. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

10. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph. By way of further response, the Certificate of Registration is a writing which speaks for itself.

11. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph. By way of further response, the allegations in this paragraph are conclusions of law to which no response is required.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted in part and denied in part. It is denied that Defendant used the Work. It is also denied that the Work was "clearly professional photography that would put Defendant on notice that the work was not intended for public use." It is admitted that Defendant did not have a license to use or display the Work. It is also admitted that Defendant did not request permission to use the Work.

17. Denied.

18. Denied.

19. Admitted in part and denied in part. It is admitted that Defendant was notified in writing of the alleged unauthorized use. After reasonable investigation, Defendant is without

#4541819.1

knowledge and information as to the truth of the remaining averments set forth in this paragraph.

20. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph.

21. Denied. This paragraph is an incorporation paragraph to which no response is required.

22. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph. By way of further response, the allegations of this paragraph are legal conclusions to which no response is required.

23. Denied. After reasonable investigation, Defendant is without knowledge and information as to the truth of the averments set forth in this paragraph. By way of further response, the allegations of this paragraph are legal conclusions to which no response is required.

24. Denied. Defendant specifically denies that it reproduced, distributed, or publicly displayed the Work on its website, webpage, social media, or printed media.

25. Denied. Defendant specifically denies that it reproduced, distributed, or publicly displayed the Work on its website, webpage, social media, or printed media.

26. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

27. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

28. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

29. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

30. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

31. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

32. Denied. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations of this paragraph are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff failed to mitigate damages.

### THIRD AFFIRMATIVE DEFENSE

3. Any damages suffered by Plaintiff are not attributable to Defendant.

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff's claims are barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's claims are barred by the doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff has not suffered any damages.

### SEVENTH AFFIRMATIVE DEFENSE

7. Any use by Defendant constituted a de minimis use.

### EIGHTH AFFIRMATIVE DEFENSE

8. Any use by Defendant constituted a fair use.

### NINTH AFFIRMATIVE DEFENSE

9. The Plaintiff's claims are barred by the doctrine of unclean hands.

TENTH AFFIRMATIVE DEFENSE

10. The Plaintiff's claims are barred by the doctrine of misrepresentation.

ELEVENTH AFFIRMATIVE DEFENSE

11. The Plaintiff's claims are barred by the doctrine of equitable estoppel.

TWELTH AFFIRMATIVE DEFENSE

12. Martz Travel Inc. does not do business as Martz Bus.

**CONCLUSION**

WHEREFORE, Defendant, Martz Travel, Inc. respectfully requests that this Court grant judgment in its favor, dismiss all claims and causes of action brought by the Plaintiff, and order such other and further relief that this Court deems just and reasonable under the circumstances.

Respectfully submitted,

HOURIGAN, KLUGER & QUINN, P.C.

BY: _____
       Tara G. Giarratano
       *Attorney for Defendant*

#4541819.1

**<u>JURY TRIAL DEMANDED</u>**

#4541819.1